# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>Abdiel Nathan Lopez,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 23-00485-DSF<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>November 2, 2023</u>, _____, at <u>11:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>Steve Kim</u>, in Courtroom <u>TBD</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>10/25/2023</u>

*[signature]*
Steve Kim, U.S. Magistrate Judge